396 A.2d 12

Commonwealth v. Regina Armstrong, Appellant.

Argued March 20, 1978.   Gary B. Gilman, Assistant Public Defender, for appellant;   S. Harris, Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 12

Commonwealth v. William Armstrong, Appellant.

Submitted December 6, 1977.   Theodore R. Lewis, for appellant;   Allan B. Goodman, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.